United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 22-00690-JAW

Joni Deshay Harris                                                              Chapter 13

Tyrone Maurice Harris

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                    Page 1 of 2

Date Rcvd: Jun 03, 2025                        Form ID: pdf012                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

**Recip ID                     Recipient Name and Address**
db/jdb                    +  Joni Deshay Harris, Tyrone Maurice Harris, 1901 China Grove Rd, Vicksburg, MS 39180-7787

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:**

**Name                          Email Address**

Eric C Miller

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Harold J. Barkley, Jr.

    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo

    on behalf of Debtor Joni Deshay Harris jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

    on behalf of Joint Debtor Tyrone Maurice Harris jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Tyrone Maurice Harris trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-3                     User: mssbad                          Page 2 of 2
Date Rcvd: Jun 03, 2025                  Form ID: pdf012                       Total Noticed: 1

          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

          on behalf of Debtor Joni Deshay Harris trollins@therollinsfirm.com
          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

          USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

          on behalf of Creditor Exeter Finance  LLC BlacksherW@aol.com,
          debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 8

_____



SO ORDERED,



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                      CASE NO.: 22-00690-JAW
**JONI DESHAY HARRIS**
**TYRONE MAURICE HARRIS**
1901 CHINA GROVE RD
VICKSBURG, MS 39180

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

  **IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding**
**in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's**
principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is
subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

  **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's**
plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to
creditors.

  **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to
pay from the **DEBTOR's** earnings and pay over to:

> Harold J. Barkley, Jr.
> Chapter 13 Trustee
> P.O. Box 321454
> Flowood, MS 39232

the sum of $1,468.00 MONTHLY **.**

##END OF ORDER##