United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 22-00690-JAW |
| Joni Deshay Harris | Chapter 13 |
| Tyrone Maurice Harris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joni Deshay Harris, Tyrone Maurice Harris, 1901 China Grove Rd, Vicksburg, MS 39180-7787 |
| 5538726 | + | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5334662 | + | Email/Text: BK@servicingdivision.com | Jul 29 2025 19:32:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Joni Deshay Harris jennifer@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: n001 | Total Noticed: 3 |

        jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

        on behalf of Joint Debtor Tyrone Maurice Harris jennifer@therollinsfirm.com
        jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

        on behalf of Debtor Joni Deshay Harris trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

        on behalf of Joint Debtor Tyrone Maurice Harris trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

        on behalf of Creditor Exeter Finance  LLC BlacksherW@aol.com,
        debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Joni Deshay Harris  
Tyrone Maurice Harris

**Case No.:** 22−00690−JAW

**Chapter** 13

**To:** Assignee/Transferee

Servbank, N.A.  
3138 E Elwood St  
Phoenix, Arizona 85034

**To:** Assignor/Transferor

Servbank, SB  
3138 E Elwood St  
Phoenix, Arizona 85034

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Servbank, SB has assigned/transferred its claim in the amount of $116,703.79 to Servbank, N.A..

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **August 19, 2025** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court  
Thad Cochran U.S. Courthouse  
501 E. Court Street  
Suite 2.300  
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: July 29, 2025

Danny L. Miller, Clerk of Court  
Thad Cochran U.S. Courthouse  
501 E. Court Street  
Suite 2.300  
Jackson, MS 39201

601−608−4600