**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                      BANKRUPTCY NO.  22-00690-JAW
**JONI DESHAY HARRIS**
**TYRONE MAURICE HARRIS**

### ORDER OF DISMISSAL

**THIS DAY,**   the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #      ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerkof this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone:  601-362-6161
 e-mail:  hjb@hbarkley13.com