<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor 1     Joni Deshay Harris

                 aka Joni De'Shay Warner

Debtor 2     Tyrone Maurice Harris
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern    District of    Mississippi
                                                                    (State)

Case number              22-00690

## Official Form 410S1

# Notice of Mortgage Payment Change     12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Servbank, N.A.                      **Court claim no.** (if known):     21-1

**Last four digits** of any number you use to identify the debtor's account:     9057

**Date of payment change:**
Must be at least 21 days after date of this notice     06/01/2026

**New total payment:**
Principal, interest, and escrow, if any     $1,020.77
*For HELOC payment amounts, see Part 3*

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**   $260.17           **New escrow payment:**    $353.74

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**         %        **New interest rate:**         %

   **Current principal and interest payment**   $         **New principal and interest payment:**   $

## Part 3:    Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   - ☒ No
   - ☐ Yes

   **Current HELOC payment:**     $

   **Reconciliation amount:**     + $       or

                               - $

   **Amount of next payment (including reconciliation amount)**     $

   **Amount of the new payment thereafter (without reconciliation amount)**     $

Debtor 1      Joni Deshay Harris      Case Number (if known)    22-00690

First Name     Middle Name     Last Name

---

| **Part 4:** | **Other Payment Change** |
|---|---|

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:** _____

**Current mortgage payment:**   $ _____     **New mortgage payment:**   $ _____

---

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐     I am the creditor.

☒     I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ William Lee _____     Date    04/30/2026 _____

Signature

Print:    William Lee _____     Title    Authorized Agent for Servbank, N.A. _____

     First Name     Middle Name     Last Name

Company    Bonial & Associates, P.C. _____

Address    14841 Dallas Parkway, Suite 350 _____

     Number     Street

     Dallas, Texas  75254 _____

     City     State     Zip Code

Contact phone    (972) 643-6600 _____     Email    POCInquiries@BonialPC.com _____

**CERTIFICATE OF SERVICE OF PAYMENT CHANGE NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before April 30, 2026 via U.S. Mail.  All otherparties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                         *Via U.S. Mail*
Joni Deshay Harris
1901 China Grove Rd
Vicksburg, MS 39180-7787


**Debtor**                         *Via U.S. Mail*
Tyrone Maurice Harris
1901 China Grove Rd
Vicksburg, MS 39180-7787


Respectfully Submitted,

/s/ William Lee
William Lee

PAYMENT CHANGE NOTICE - CERTIFICATE OF SERVICE                    2225-N-6470

**Escrow Account
Disclosure Statement**

# serv bank

For Return Mail Only:
PO BOX 1298
SOUTH WINDSOR CT 06074-7298

------ manifest line ---------
TYRON HARRIS
1901 CHINA GROVE RD
VICKSBURG MS 39180

**Statement Date:**  03/18/2026

**Loan Number:**  ▮▮▮▮▮▮

**Property Address:**
1901 CHINA GROVE RD
VICKSBURG MS 39180

## Why are you receiving this statement?

Because the amounts billed for your escrowed items may change over time, we review your escrow account at least annually to ensure there will be enough money to pay for these items. Once the review is complete, you are provided this statement detailing our review. This is also known as the annual escrow account disclosure statement.

## A review of your escrow account has been completed

### Here's what we found:

- **Required minimum balance**: Your escrow account balance is projected to fall below the minimum balance. This means you have a shortage.

- **Your shortage will be spread over 12 months.**

**Your escrow account has a shortage of:**

# $747.94

Starting **June 2026** your new mortgage payment amount will be:

# $1,020.77

| | Current Payment | New Payment |
|---|---|---|
| **Principal & Interest** | $667.03 | $667.03 |
| **Escrow/Impound** | $260.17 | $291.41 |
| **Shortage Spread** | - | $62.33 |
| **Total Payment Amount** | **$927.20** | **$1,020.77** |

## Here's a summary of what is projected to change

| | Prior Projection | New Projection | | Months | Total Monthly | Change (%) |
|---|---|---|---|---|---|---|
| **Property Taxes** | $1,288.45 | $1,311.09 | ÷ | 12 | $109.26 | +2.00% |
| **Property Insurance** | $952.00 | $1,323.00 | ÷ | 12 | $110.25 | +39.00% |
| **Optional Insurance** | $0.00 | $0.00 | ÷ | 12 | $0.00 | 0.00% |
| **Mortgage Insurance** | $881.64 | $862.80 | ÷ | 12 | $71.90 | (-2.00%) |
| **Overage/Shortage** | - | $747.94 | ÷ | 12 | $62.33 | - |
| **Total Escrow** | **$3,122.09** | **$4,244.83** | ÷ | 12 | **$353.74** | +36.00% |

*If the prior projection is shown as $0.00 please refer to the Initial Escrow Disclosure received at closing or please refer to the final escrow disclosure you received from your prior servicer. To determine the new projected escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the base escrow amount. The chart above includes actual payments made for your escrow items and any shortage identified during our review.

 Message Center:
myloan.servbank.com/MSG

 Phone:
866.867.0330

 Hour:
Monday - Friday
8:30am - 8:00pm ET

 Correspondence:
Attn: Care Center
3138 E. Elwood St
Phoenix, AZ 85034

 Member
**FDIC**



## Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in your account, we calculate whether the amount of your lowest projected escrow balance will be greater or less than your required minimum balance. This is determined by subtracting your required minimum balance from your lowest projected balance. If the outcome is positive, you have an overage. If it is negative, you have a shortage. Your calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance (December 2026) | ($308.92) | Calculated using Projection Table below |
| Minimum balance for the escrow account* | $439.02 | Calculated as: $219.51 x 2 month(s) |

| **Escrow Shortage** | **$747.94** |
|---|---|

\* Your minimum balance includes a cash reserve or cushion as permitted by Federal and State regulations, to help cover any increase in taxes and/or insurance. To calculate the cash reserve for your escrow account, your yearly escrow payments are added up and the total is divided by 12 (this amount does not include mortgage insurance). That amount is then multiplied by two, or the number of months as allowed by state laws and/or the mortgage contract to determine the cash reserve.

The following estimate of activity in your escrow account from 6/26 to 5/27 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount required to be on hand as specified by Federal Law, State Law, or your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Expected payments | Expected disbursements | Description | Projected balance | Balance required |
|---|---|---|---|---|---|
| | | | Starting Balance | $788.60 | $1,536.54 |
| June | $291.41 | ($71.90) | FHA MTG INS | $1,008.11 | $1,756.05 |
| July | $291.41 | ($71.90) | FHA MTG INS | $1,227.62 | $1,975.56 |
| August | $291.41 | ($71.90) | FHA MTG INS | $1,447.13 | $2,195.07 |
| September | $291.41 | ($71.90) | FHA MTG INS | $1,666.64 | $2,414.58 |
| October | $291.41 | ($71.90) | FHA MTG INS | $1,886.15 | $2,634.09 |
| October | | ($1,323.00) | HAZARD INS | $563.15 | $1,311.09 |
| November | $291.41 | ($71.90) | FHA MTG INS | $782.66 | $1,530.60 |
| December | $291.41 | ($71.90) | FHA MTG INS | $1,002.17 | $1,750.11 |
| December | | ($1,311.09) | TAX-COUNTY | ($308.92) | $439.02 |
| January | $291.41 | ($71.90) | FHA MTG INS | ($89.41) | $658.53 |
| February | $291.41 | ($71.90) | FHA MTG INS | $130.10 | $878.04 |
| March | $291.41 | ($71.90) | FHA MTG INS | $349.61 | $1,097.55 |
| April | $291.41 | ($71.90) | FHA MTG INS | $569.12 | $1,317.06 |
| May | $291.41 | ($71.90) | FHA MTG INS | $788.63 | $1,536.57 |
| Total | $3,496.92 | $3,496.89 | | | |

Your projected Escrow Account Balance as of 6/26 is $788.60. Your required beginning balance according to this analysis should be $1,536.54. **This means you have a shortage of $747.94.**

Per Federal Law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case, we have the additional option of requesting payment within 30 days.



**Escrow account history**

The chart below displays actual activity on your escrow account as it occurred during the review period including the total amount you paid to your escrow account.

### Review Period Escrow Information from 07/2025 - 05/2026

| Month | Payments received | Disbursements made | Description | Escrow balance |
|---|---|---|---|---|
| | | | Starting Balance | ($4,156.57) |
| July | | | FHA MTG INS | ($4,156.57) |
| July | | ($73.47) * | FHA MTG INS | ($4,230.04) |
| August | $1,321.60 * | | FHA MTG INS | ($2,908.44) |
| August | | ($73.47) * | FHA MTG INS | ($2,981.91) |
| September | $264.32 * | | FHA MTG INS | ($2,717.59) |
| September | | ($73.47) * | FHA MTG INS | ($2,791.06) |
| September | | ($1,323.00) * | HAZARD INS | ($4,114.06) |
| October | $3,406.90 * | | FHA MTG INS | ($707.16) |
| October | | | HAZARD INS | ($707.16) |
| October | | ($73.47) * | FHA MTG INS | ($780.63) |
| November | | ($73.47) | FHA MTG INS | ($854.10) |
| December | $261.66 * | | FHA MTG INS | ($592.44) |
| December | | ($1,311.09) * | TAX-COUNTY | ($1,903.53) |
| December | | ($71.90) * | FHA MTG INS | ($1,975.43) |
| January | $782.00 * | | FHA MTG INS | ($1,193.43) |
| January | | ($71.90) * | FHA MTG INS | ($1,265.33) |
| February | $520.34 * | | FHA MTG INS | ($744.99) |
| February | | ($71.90) * | FHA MTG INS | ($816.89) |
| March | $1,300.85 * E | | FHA MTG INS | $483.96 |
| March | | ($71.90) * | FHA MTG INS | $412.06 |
| April | $260.17 E | ($71.90) * E | FHA MTG INS | $600.33 |
| May | $260.17 E | ($71.90) * E | FHA MTG INS | $788.60 |
| Total | $8,378.01 | $3,432.84 | | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, however is estimated to occur as shown.

Should you have any questions about this Escrow Analysis, please call our Care Center toll-free at 866.867.0330.

Any notices of error or information requests must be sent in writing to: Servbank Attn: Qualified Written Request, 3138 E. Elwood Street, Phoenix, AZ 85034. Under federal law, we may at times act as a debt collector, and federal law requires us to tell you this is an attempt to collect a debt. Any information may be used for that purpose. Servbank reports information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under the United States Code, this letter is for compliance and/or informational purposes only and is not an attempt to impose personal liability for such obligation. However, Servbank retains all rights under its security instrument against the property.

If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are met regarding the percentage of your remaining principal balance as compared to the original property value, you may be able to cancel the PMI coverage. Please contact us at 866.867.0330 or write to us at Servbank Attn: Escrow, 3138 E. Elwood Street, Phoenix, AZ 85034 for additional information concerning your cancellation rights, if any.

# Frequently asked questions (FAQs) about your escrow account.

**What is an escrow account?**

An escrow account is an account that is most often established at loan closing for the purpose of paying property taxes and insurance premiums. These obligations can include:

Real Estate Taxes | Property (homeowner's) Insurance | Mortgage Insurance (if required by investor) | Flood Insurance

**What is an escrow analysis?**

An escrow analysis itemizes all payments into and out of your escrow account. Your escrow account is reviewed (analyzed) at least annually to make sure the amount of your monthly escrow payment is adequate to pay all your escrow obligations. This analysis will determine if your escrow account has excess funds or a shortage of funds based on the account activity.

**How is the lowest projected balance point determined?**

A twelve-month projection calendar is made using your estimated monthly escrow payments and projected disbursements. The lowest projected balance on that calendar is called the "low point", and the difference between your "required minimum balance" and the low point is the overage/shortage amount. The CFPB created this analysis method to make sure you always have just enough funds in escrow to cover tax and insurance bills.

**Why did my monthly mortgage payment change?**

**A portion of your monthly mortgage payment is for principal and interest. When you have an escrow account, your total monthly payment includes a monthly escrow payment. The escrow portion of your monthly mortgage payment changes when your escrow obligations change.**

- Homeowner's insurance: Your insurance policy may have changed or increased in cost at renewal. You may also have changed your insurance company during the year. When these changes occur, the actual amount paid differs from the amount projected. We encourage you to contact your insurance company for any questions regarding changes to your homeowner's insurance premiums.
- Real Estate Taxes: Your real estate taxes may have changed as a result of your property being reassessed or due to a property tax rate change. When the actual tax payment was made may also be different than when it was projected to be paid as a result of due date changes made by your local property tax department. We encourage you to contact your local property tax department for any questions regarding changes to your real estate taxes.
- New Construction: It is very common for there to be changes in tax value for newly constructed homes. This is generally the results of timing between completion of construction and when the tax assessor's office has the records updated. We encourage you to contact your local property tax department for any questions regarding changes to your real estate taxes.
- Newly Closed Loans: The Initial Escrow Deposit calculated when you closed your loan are sometimes estimated based on the best available information. If the actual amounts were more or less than estimated, this can cause your monthly escrow payment to change.

**Why do you collect a cushion?**

Consistent with federal and state law, lenders may require a minimum balance or 'cushion' of up to two months of the total projected annual escrow disbursements. The cushion will help cover unexpected or increased disbursements.

**How did you determine my required starting balance?**

Your required starting balance is determined by calculating the required balance needed to prevent the escrow balance from falling below the minimum required balance over the next 12 months.

**What is an escrow account shortage?**

Shortages occur when actual payments exceed the projected amounts. This may occur because your tax or insurance rates have increased, or additional unexpected payments were required. We encourage you to work with your insurance company or local tax department to understand changes to your property insurance or taxes.

**What if I want to pay my escrow shortage in full?**

Federal regulations allow you to spread the repayment of your shortage over 12 months. However, if you would like to repay your shortage in full, you may do so using one of the payment options below.

**What if I want to pay my escrow shortage in less than 12 months?**

Federal regulations allow you to spread the repayment of your shortage over 12 months. However, if you would like to repay your shortage in less than a 12-month period, you may do so through the online account or by contacting our Care Center Team for assistance.

**What payment methods can I use to repay my escrow shortage?**

- You can pay the shortage in your escrow account through the customer online portal.
- You can pay the shortage in your escrow account by phone, please call us.
- For additional ways to pay, please see your monthly billing statement.

**What if the shortage causes a financial hardship and I cannot afford the increased payment amount?**

Please call our Care Center Team right away, and we'll be happy to discuss options that are available to you.

Escrow Analysis Statement_FAQs_Insert_v.2.1 rev.08.04.2025

# A quick guide to understanding your Escrow Analysis Statement

## Page 1

A review of your escrow account has been completed

Here's what we found:

- Required minimum balance. Your escrow account balance is projected to fall below the minimum balance. This means you have a shortage.

- Your shortage will be spread over 12 months.

Your escrow account has a shortage of:

**$773.96**

| | Current Payment | New Payment |
|---|---|---|
| Principal & Interest | $982.35 | $982.35 |
| Escrow/Impound | $461.57 | $497.32 |
| Shortage Spread | - | $64.50 |
| Total Payment Amount | $1,443.92 | $1,544.17 |

Starting September 2025 your new mortgage payment amount will be.

**$1,544.17**

Here's a summary of what is projected to change

| | Prior Projection | New Projection | | Months | Total Monthly | Change (%) |
|---|---|---|---|---|---|---|
| Property Taxes | $3,065.38 | $3,526.28 | ÷ | 12 | $293.86 | +15.00% |
| Property Insurance | $1,168.00 | $1,168.00 | ÷ | 12 | $97.33 | 0.00% |
| Optional Insurance | $0.00 | $0.00 | ÷ | 12 | $0.00 | 0.00% |
| Mortgage Insurance | $1,305.48 | $1,273.56 | ÷ | 12 | $106.13 | (-2.00%) |
| Overage/Shortage | - | $773.96 | ÷ | 12 | $64.50 | - |
| Total Escrow | $5,538.86 | $6,741.80 | ÷ | 12 | $561.82 | +22.00% |

### Surplus/Shortage Amount
Surplus amounts appear in green while shortage amounts appear in red. The surplus or shortage is equal to the difference between the Required Minimum Balance and the Lowest Projected Balance on the Projection Table located on Page 2.

### New Payment Amount
Here you can see your new payment amount and the date that new payment becomes effective.
▲ **Please be sure to update your payment amount on this date.**
▲ **If you are enrolled in AutoPay your payment amount will automatically update.**

### What Has Changed
This section shows you the changes to each of your escrowed categories since your last statement.

## Page 2

Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in your account, we calculate whether the amount of your lowest projected escrow balance will be greater or less than your required minimum balance. This is determined by subtracting your required minimum balance from your lowest projected balance. If the outcome is positive, you have an overage. If it is negative, you have a shortage. Your calculation is below.

| | | |
|---|---|---|
| Lowest projected escrow balance (April 2026) | $8.42 | Calculated using Projection Table below |
| Minimum balance for the escrow account* | $782.38 | Calculated as: $391.19 x 2 month(s) |
| **Escrow Shortage** | **$773.96** | |

* Your minimum balance includes a cash reserve or cushion as permitted by Federal and State regulations, to help cover any increase in taxes and/or insurance. To calculate the cash reserve for your escrow account, your yearly escrow payments are added up and the total is divided by 12 (this amount does not include mortgage insurance). That amount is then multiplied by two, or the number of months as allowed by state laws and/or the mortgage contract to determine the cash reserve.

The following estimate of activity in your escrow account from 9/25 to 8/26 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount required to be on hand as specified by Federal Law, State Law, or your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Expected payments | Expected disbursements | Description | Projected balance | Balance required |
|---|---|---|---|---|---|
| | | | Starting Balance | $1,573.18 | $2,347.14 |
| September | $497.32 | ($106.13) | FHA MTG INS | $1,964.37 | $2,738.33 |
| October | $497.32 | ($106.13) | FHA MTG INS | $2,355.56 | $3,129.52 |
| October | | ($1,763.14) | TAX-COUNTY | $592.42 | $1,366.38 |

### Surplus/Shortage Calculation
Here you can see the surplus or shortage calculation presented as the difference between the Required Minimum Balance and the Lowest Projected Balance.

### Lowest Projected Balance
The lowest projected balance on the projection table is sometimes called "the low point".

### Required Minimum Balance
The Required Minimum Balance is usually equal to a 6th of your annual disbursements, but may differ based on state law. This helps to protect your escrow account from going negative when taxes or insurance increase.

### Projection Table
The projection table starts with the balance for the effective month, then adds projected payments and subtracts projected disbursements to create a running balance.

## Page 3

### Review Period Escrow Information from 03/2025 - 08/2025

| Month | Payments received | Disbursements made | Description | Escrow balance |
|---|---|---|---|---|
| | | | Starting Balance | $381.06 |
| March | | | FHA MTG INS | $381.06 |
| March | | ($106.13) * | FHA MTG INS | $274.93 |
| April | | | FHA MTG INS | $274.93 |
| April | | ($1,763.14) * | TAX-COUNTY | ($1,488.21) |
| April | | ($106.13) * | FHA MTG INS | ($1,594.34) |
| May | $2,668.90 * | | FHA MTG INS | $1,074.56 |
| May | | ($106.13) * | FHA MTG INS | $968.43 |
| June | | | FHA MTG INS | $968.43 |
| June | | ($106.13) * | FHA MTG INS | $862.30 |
| July | $461.57 E | ($106.13) * E | FHA MTG INS | $1,217.74 |
| August | $461.57 E | ($106.13) * E | FHA MTG INS | $1,573.18 |
| Total | $3,592.04 | $2,399.92 | | |

### Escrow Account History
The escrow account history displays payments and disbursements by month. Scheduled payments or disbursements between now and the effective date will be marked as "estimated" with an "E". Payments appear in the month they were made, while estimated payments show in the month they are due unless the number of estimated payments exceeds the space available.

Escrow Analysis Statement GUIDE_Insert_v.2.1 – rev.06.11.2025