

**SO ORDERED,**

Jamie A. Wilson

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                     CHAPTER 13 NO.:

JONI DESHAY HARRIS AND
TYRONE MAURICE HARRIS                                                 22-00690 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 110) and the Debtors' Response

(DK # 113); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtors' wage deduction order shall be amended to a sum sufficient to afford completion within

the remaining plan term.

### ##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS