**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

IN RE:                                                    CASE NO.: **22-00690-JAW**
                                                              **CHAPTER 13**

**Joni Deshay Harris**
**aka Joni De'Shay Warner,**
    **Debtor,**


**Tyrone Maurice Harris,**
    **Joint Debtor.**

_____ /


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR PL PRETIUM TRUST<br>Name of Transferee | Servbank, N.A.<br>Name of Transferor |

Name and Address where notices to Transferee          Court Claim # (if known): 21-1
should be sent:                                       Amount of Claim: $116,703.79
Selene Finance LP                                     Date Claim Filed: 6/14/2022
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637                                   Phone: 866-867-0330
Last Four Digits of Acct #: 9166                      Last Four Digits of Acct #: 9057


Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 9166

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Francisco Cardona                    Date: June 23, 2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Joni Deshay Harris
1901 China Grove Rd
Vicksburg, MS 39180

Tyrone Maurice Harris
1901 China Grove Rd
Vicksburg, MS 39180

*And via electronic mail to:*

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Trustee
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Francisco Cardona

Email: fcardona@raslg.com