United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 22-00690-JAW

Joni Deshay Harris                                                                                    Chapter 13

Tyrone Maurice Harris

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                        Page 1 of 2

Date Rcvd: Jun 25, 2026                       Form ID: n001                                        Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joni Deshay Harris, Tyrone Maurice Harris, 1901 China Grove Rd, Vicksburg, MS 39180-7787 |
| 5689283 | + | U.S. Bank Trust National Association as Trustee, for PL Pretium Trust, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Jun 25 2026 19:36:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, AZ 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

**Name                    Email Address**

Eric C Miller
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Harold J. Barkley, Jr.
                        HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jun 25, 2026                       Form ID: n001                                   Total Noticed: 3

    on behalf of Debtor Joni Deshay Harris jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
    on behalf of Joint Debtor Tyrone Maurice Harris jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Joni Deshay Harris trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Tyrone Maurice Harris trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
    on behalf of Creditor Exeter Finance  LLC BlacksherW@aol.com,
    debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8

Form n001–asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Joni Deshay Harris
      Tyrone Maurice Harris

**Case No.:** 22–00690–JAW

**Chapter** 13

**To:**  Assignee/Transferee

U.S. Bank Trust National Association as Trustee
for PL Pretium Trust
Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**To:**  Assignor/Transferor

Servbank, N.A.
3138 E Elwood St
Phoenix, Arizona 85034

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Servbank, N.A. has assigned/transferred its claim in the amount of $116,703.79 to U.S. Bank Trust National Association as Trustee for PL Pretium Trust.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **July 16, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non–registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: June 25, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601–608–4600